## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   FRANTZ CLAIRIZIER | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 25-10552 |

### OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Frantz Clairizier, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Pennymac Loan Services LLC** on November 19, 2025. Debtors believe they can become current on all post-petition payments due under the August 4, 2025 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: November 25, 2025