*Form 167* (1/25)–doc 41 – 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|     Frantz Clairizier ) | Case No. 25–10552–djb |
|     aka Frantz Clairisier ) | |
| ) | |
|     Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to Certification of Default
filed by PENNYMAC LOAN SERVICES, LLC


\*\*\*\*\*\*


Participants can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


\*\*\*\*\*\*

on: 1/8/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: December 1, 2025                                                             For The Court

                                                                                               Mohung Wong
                                                                                               Clerk of Court